## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Special Agent Thomas R. Pizzino, being duly sworn, deposes and states under penalty of perjury that the following is true to the best of my information, knowledge and belief.

### BACKGROUND

1. I have been a DEA Special Agent since July of 2016.  Currently, I am stationed in Denver, Colorado, at the Denver Field Division, assigned to the Front Range Drug Task Force (FRTF).  I completed the DEA Basic Agent training program at the DEA Training Academy in Quantico, Virginia, which included training related to the identification and investigation of controlled substances and the removal of assets related to drug trafficking.  I have successfully completed classroom training at the DEA Training Academy related to drug law enforcement investigations.  I have participated in several narcotics investigations involving the possession, smuggling, and sale of heroin, methamphetamine, marijuana, and other controlled substances.  I have received formal training and instruction regarding the purchase of controlled substances in an undercover capacity and the direction of undercover agents and confidential sources during drug investigations.  I have prepared affidavits for search and arrest warrants.

2. I have participated in this investigation and am familiar with the information contained in this affidavit either through personal investigation or through discussions with other law enforcement personnel involved in this investigation. The following information is derived from my personal observations, surveillance, review of physical evidence, as well as discussions with DEA Special Agents, Task Force Officers (TFO) and Intelligence Analysts (IA).   This affidavit does not contain all of the facts known to me and does not describe the details of prior undercover purchases from MARIA SANTOS in late 2015.  This affidavit is submitted for the limited purpose of establishing probable cause for the charged conduct.

3. In sum, the investigation to date has revealed that the MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, and JOSHUA GENE EALY, have distributed and conspired to distribute heroin in the Denver area. In particular, I submit there is probable cause to believe that, on or about December 14, 2016, in the State and District of Colorado, the defendants, MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, JOSHUA GENE EALY, and others known and unknown, did knowingly and intentionally conspire to distribute and to possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

## FACTS IN SUPPORT OF PROBABLE CAUSE
*A UC Purchase of Heroin on October 20, 2016*

4. Between approximately October 10, 2016 and October 20, 2016, an FRTF agent acting in a UC capacity, maintained communication with Maria SANTOS, who uses phone number 720-400-5915. Over the course of communicating with SANTOS, the UC arranged to meet SANTOS, on October 20, 2016, to purchase one (1) ounce of heroin from her. The UC had previously purchased from MARIA SANTOS in late 2015 and reestablished contact as described here.

5. On October 20, 2016, the UC and SANTOS agreed to conduct the sale at the Aurora Mall, 14200 East Alameda Avenue, Aurora, Colorado. At approximately 3:43 p.m., the UC received a text message from phone number 720-400-5915 that included the following instructions: "Come to the front door of Maceys." The UC subsequently exited his vehicle and walked to the door of the Macy's department store at the mall.

6. A short time later, the UC observed SANTOS's Mazda sedan pull up to the vicinity of the Macy's store. The UC recognized SANTOS as the driver of the vehicle. Upon entering the back seat of the vehicle, the UC observed a Hispanic male (now identified as JAVIER FERNANDO TORRES-FLORES) in the front seat and a white male (now identified as JOSHUA GENE EALY) in the back seat of the vehicle.

7. After the UC entered the vehicle, SANTOS proceeded to drive the vehicle around the mall parking lot. SANTOS introduced the Hispanic male as "Fernando." SANTOS stated that FERNANDO was her new boyfriend. SANTOS did not introduce the male who was seated in the back seat of the vehicle.

8. After exchanging greetings, the UC handed $1,200.00 to FERNANDO. The UC observed FERNANDO count the money and state to SANTOS that the UC had paid $1,200.00. The UC then observed SANTOS say something to FERNANDO, but was unable to hear exactly what SANTOS said. FERNANDO then handed the UC a small black plastic balloon. SANTOS explained that the narcotics in the smaller black balloon were higher quality and less diluted. FERNANDO then handed the UC a larger black balloon. After the completion of the deal, SANTOS parked the Mazda sedan and the UC exited the vehicle. The UC then stood at the driver's window of the vehicle and spoke with SANTOS. The UC questioned SANTOS regarding the higher quality heroin and SANTOS stated that she could sell the UC an ounce of the higher quality heroin at a price of $2,000.00 per ounce. SANTOS further stated that she could sell the higher quality heroin at a discount if the UC purchased larger quantities. The UC thanked SANTOS and said he would be in touch with her in the future to discuss future deals.

9. On the same date, FRTF agents conducted a drug field test on the suspected heroin and observed that it tested presumptively positive for the physical properties of heroin.

*A UC Purchase of Heroin on November 22, 2016*

10. On November 21, 2016, a FRTF, acting in an UC capacity, made contact with SANTOS, using phone number 720-400-5915. Over the course of a series of SMS messages, Maria SANTOS agreed to sell the UC approximately 2 ounces of heroin on the following day (November 22, 2016).

11. On November 22, 2016, the UC again contacted SANTOS by initiating an SMS conversation with phone number 720-400-5915. During the conversation, the UC received a text from phone number 720-400-5915 with the following message: "How much cash." The UC replied, "Can I get 2 for 2400?" and "Will that work?" Maria SANTOS replied, "Yes thats perfect." Based on training, experience, and the facts of this investigation, the UC understood the text conversation to indicate that Maria SANTOS agreed to sell two (2) ounces of heroin at a price of $2,400.00.

12. At approximately 1:09 p.m., Maria SANTOS sent the UC an SMS message containing the following message: "Natural Grocers 2375 15th St, Denver, CO 80202." The UC understood this message to indicate that Maria SANTOS wanted to meet at the Natural Grocers store to conduct the sale of heroin.

13. At approximately 2:00 p.m., the UC arrived to the vicinity of the Natural Grocers store, 2375 15th Street, Denver, Colorado. At approximately 2:01 p.m., the UC sent an SMS message to Maria SANTOS to let her know that he would soon arrive to the store. Maria SANTOS responded, "Ok" and "Ill head their now". Pre-positioned surveillance units observed Maria SANTOS, a Hispanic male, and a white male exit SANTOS' residence on Vallejo Street and enter a grey Jeep Grand Cherokee parked in the alley behind the residence.

14. At approximately 2:30 p.m., the UC observed a grey Jeep Grand Cherokee, bearing Colorado license plate 963RHU, travel northwest on Platte Street, through 15th Street. As the

vehicle passed by the UC, he observed the front male passenger of the vehicle look at the UC and whistle. The UC observed the vehicle travel down the block and pull into the entrance to the parking lot, which is located at the rear of the Natural Grocers store. The UC walked to the Jeep Grand Cherokee and entered the rear, passenger side door.

15. Upon entering the Jeep Grand Cherokee, the UC observed three occupants in the vehicle. The UC recognized Maria SANTOS as the driver of the vehicle. The UC also recognized FERNANDO, who had previously sold the UC approximately one (1) ounce of heroin during an undercover purchase conducted on October 20, 2016. The UC further observed the back seat passenger of the Jeep Grand Cherokee to be a white male (now identified as JOSHUA GENE EALY), who was present with Maria SANTOS and FERNANDO during the transaction conducted on October 20, 2016. Upon entering the vehicle, the UC greeted all parties in English. At that time, Maria SANTOS proceeded to drive the Jeep Grand Cherokee through the parking lot located behind the Natural Grocers store. After making small talk, the UC handed FERNANDO $2,400.00. While FERNANDO counted the money, Maria SANTOS stated to the UC that she had packaged the narcotics in two separate bags. The UC responded that he was fine with the manner in which the narcotics were packaged. FERNANDO then handed two (2) black baggies to the UC. The UC then explained that he planned to deliver one of the baggies to his cousin in Nebraska. The UC and Maria SANTOS agreed to be in touch to make arrangements for future drug transactions. FRTF agents conducted a drug field test on the suspected narcotics and observed that the suspected narcotics tested presumptively positive for the physical properties of heroin. FRTF agents weighed the suspected heroin at 100.3 gross grams.

*A "Buy-Bust" Operation and Execution of Search Warrants on December 14, 2016*

16. I sought and obtained warrants to search the residence of MARIA SANTOS on Vallejo Street in Denver, Colorado and the grey Mazda and Jeep mentioned above. Those warrants were executed and a buy-bust operation was conducted on December 14, 2016. The details are as follows.

17. Between December 12 to December 14, 2016, the FRTF UC was in contact with SANTOS using phone number (720) 400-5915 to negotiate the purchase of four (4) ounces of heroin. SANTOS agreed to meet the UC on December 14, 2016. On December 14, 2016, SANTOS suggested by text message that she meet the UC at Colorado Mills. The UC agreed, stating that he would get lunch at a restaurant located on Colfax Drive in Golden, Colorado. SANTOS was late. Thus, the UC attempted to contact SANTOS several times. The previously unidentified white male called the UC, identified himself as "Gallo," and said that Maria and Fernando were showering and would be ready to meet in 30 minutes.

18. FRTF surveillance units were pre-positioned at SANTOS's residence and observed SANTOS, FERNANDO, and JOSHUA GENE EALY enter a blue Honda Accord bearing Colorado registration LLQ300, registered to Maria SANTOS. Surveillance units observed SANTOS drive toward the restaurant at Colorado Mills in Golden. Upon arriving at the restaurant to meet the UC, SANTOS parked her blue Honda in the parking lot. At this time, FRTF agents placed SANTOS and the two males under arrest. The Hispanic male identified himself as JAVIER FERNANDO TORRES-FLORES and the white male identified himself as JOSHUA GENE EALY.

19. During the search of the blue Honda bearing Colorado registration LLQ300, FRTF agents found the following: a large amount of U.S. currency, three cell phones, 28 small plastic bundles of suspected narcotics, four (4) white plastic bags containing suspected narcotics,

ziplock bag of suspected marijuana, vehicle registration and proof of insurance, and receipts from money a wiring service.  In the Honda civic, agents found approximately 200 grams of heroin, 33 grams of cocaine, and 71 grams of marijuana.  FRTF agents field tested the suspected narcotics which tested positive for marijuana, heroin, and cocaine.

20. During the search of SANTOS's residence on Vallejo Street, FRTF agents found, among other things, paperwork from a money wiring service, syringes, and five (5) bindles of suspected narcotics.  FRTF agents field tested the suspected narcotics which tested positive for heroin.

21. During the course of the undercover purchases described here and involving MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, and JOSHUA GENE EALY, and two from SANTOS in late 2015, FRTF agents have purchased or seized an approximate total of 515.6 grams of heroin, 33.4 grams of cocaine, and 71.9 grams of marijuana.  The substances have not been formally lab tested although they have been field tested.

## CONCLUSION

22. Based on the information set forth above, I submit there is probable cause to believe that on or about December 14, 2016, in the State and District of Colorado, the defendants, MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, JOSHUA GENE EALY, and others known and unknown, did knowingly and intentionally conspire to distribute and to possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin,

a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846.

                              *s/Thomas R. Pizzino*
                              Thomas R. Pizzino
                              Special Agent
                              Drug Enforcement Administration
                              DEA/Front Range Task Force

Sworn to and subscribed before me this 15th day of December, 2016.

                              UNITED STATES MAGISTRATE JUDGE
                              UNITED STATES DISTRICT COURT
                              DISTRICT OF COLORADO

**This affidavit in support of a criminal complaint was reviewed and submitted by Beth Gibson, Assistant United States Attorney.**