DEFENDANT: MARIA SANTOS

YOB: 1987

ADDRESS (CITY/STATE): Denver County Jail

OFFENSE(S): Title 21, United States Code, Sections 846

LOCATION OF OFFENSE (COUNTY/STATE): Jefferson County, Colorado

PENALTY: NLT 5 years and NMT 40 years of imprisonment, NLT $5,000,000 and NMT $25,000,000 fine, or both, NLT 4 years of supervised release, $100 special assessment

AGENT: Thomas Pizzino, Special Agent
DEA

AUTHORIZED BY: Beth Gibson
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

__X__ five days or less     _____ over five days     _____ other

THE GOVERNMENT

__X__ will seek detention in this case     _____ will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:     _____ Yes     __X__ No