DEFENDANT: JAVIER FERNANDEO TORRES-FLORES

YOB: 1995

ADDRESS (CITY/STATE): Denver County Jail

OFFENSE(S): Title 21, United States Code, Sections 846

LOCATION OF OFFENSE (COUNTY/STATE): Jefferson County, CO

PENALTY: NLT 5 years and NMT 40 years of imprisonment, NLT $5,000,000 and NMT $25,000,000 fine, or both, NLT 4 years of supervised release, $100 special assessment

AGENT: Thomas Pizzino, Special Agent
DEA

AUTHORIZED BY: Beth Gibson
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less        over five days        other

THE GOVERNMENT

  X   will seek detention in this case        will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:        Yes     X     No