DEFENDANT:          JOSHUA GENE EALY

YOB:                1981

ADDRESS (CITY/STATE):  Denver County Jail

OFFENSE(S):          Title 21, United States Code, Sections 846

LOCATION OF OFFENSE (COUNTY/STATE):    Denver County, CO

PENALTY:          NLT 5 years and NMT 40 years of imprisonment, NLT $5,000,000 and
                  NMT $25,000,000 fine, or both, NLT 4 years of supervised release,
                  $100 special assessment

AGENT:            Thomas Pizzino, Special Agent
                  DEA

AUTHORIZED BY:  Beth Gibson
                  Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

   X    five days or less          _____ over five days          _____ other

THE GOVERNMENT

 X    will seek detention in this case          _____ will not seek detention in this case

The statutory presumption of detention is not applicable to this defendant.

OCDETF CASE:          _____ Yes     X          No