IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01183-STV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

1.     **MARIA SANTOS**,
2.     JAVIER FERNANDO TORRES-FLORES,
3.     JOSHUA GENE EALY,

        Defendants.

## NOTICE OF APPEARANCE

The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of Maria Santos in the above-captioned case.

        Respectfully submitted,

        VIRGINIA L. GRADY
        Federal Public Defender


        s/ Robert W. Pepin
        ROBERT W. PEPIN
        Assistant Federal Public Defender
        633 17th Street, Suite 1000
        Denver, CO  80202
        Telephone:  (303) 294-7002
        FAX:  (303) 294-1192
        Robert.Pepin@fd.org
        Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on December 19, 2016, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Beth N. Gibson, Assistant United States Attorney
    E-mail: Beth.Gibson@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non-participant in the manner indicated next to the non-participant's name:

    Maria Santos (via U.S. mail)

                                s/ Robert W. Pepin
                                ROBERT W. PEPIN
                                Assistant Federal Public Defender
                                633 17th Street, Suite 1000
                                Denver, CO 80202
                                Telephone: (303) 294-7002
                                FAX: (303) 294-1192
                                Robert_Pepin@fd.org
                                Attorney for Defendant