# UNITED STATES DISTRICT COURT
for the
District of Colorado

FILED
U.S. DISTRICT COURT
DISTRICT OF COLORADO
2016 DEC 16 PM 3:09
JEFFREY P. COLWELL
CLERK
BY_____ DEP. CLK

| | |
|---|---|
| United States of America<br>v.<br><br>MARIA SANTOS,<br>_____<br>*Defendant* | )<br>)<br>)<br>)  Case No. 16-MJ-01183<br>)<br>)<br>) |

## ARREST WARRANT

TO:   Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay *(name of person to be arrested)* __MARIA SANTOS_____,
who is accused of an offense or violation based on the following document filed with the court:

☐ Indictment   ☐ Superseding Indictment   ☐ Information   ☐ Superseding Information   ☒ Complaint
☐ Probation Violation Petition   ☐ Supervised Release Violation Petition   ☐ Violation Notice   ☐ Order of the Court

This offense is briefly described as follows:

Knowingly and intentionally conspire to distribute and to possess with the intent to distribute 100 grams and more of a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(B), all in violation of Title 21, United States Code, Section 846

Date: __12/15/2016__

_____
*Issuing officer's signature*

City and state:  __Denver, Colorado__     __Scott T. Varholak, United States Magistrate Judge__
*Printed name and title*

### Return

This warrant was received on *(date)* __12/15/2016__, and the person was arrested on *(date)* __12/14/2016__
at *(city and state)* __Denver, CO_____.

Date: __12/16/2016__

_____
*Arresting officer's signature*

Thomas Pizzino, Special Agent
*Printed name and title*