IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 16-mj-01183-STV

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **MARIA SANTOS**,
2.    JAVIER FERNANDO TORRES-FLORES,
3.    JOSHUA GENE EALY,

        Defendants.

---

## NOTICE OF APPEARANCE

---

      The Office of the Federal Public Defender, by and through undersigned counsel, hereby enters its appearance on behalf of Maria Santos in the above-captioned case.

                                    Respectfully submitted,

                                    VIRGINIA L. GRADY
                                    Federal Public Defender


                                    s/ Shira Kieval
                                   SHIRA KIEVAL
                                   Assistant Federal Public Defender
                                   633 17th Street, Suite 1000
                                   Denver, CO  80202
                                   Telephone:  (303) 294-7002
                                   FAX:  (303) 294-1192
                                   Shira.Kieval@fd.org
                                   Attorney for Defendant

CERTIFICATE OF SERVICE

      I hereby certify that on December 20, 2016, I electronically filed the foregoing *Notice of Appearance* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

    Beth N. Gibson, Assistant United States Attorney
    E-mail: Beth.Gibson@usdoj.gov

. . . and I hereby certify that I have mailed or served the document or paper to the following non-participant in the manner indicated next to the non-participant's name:

    Maria Santos     (via U.S. mail)
    Reg. No. 43960-013
    c/o Douglas County Jail

                                        s/ Shira Kieval
                                        SHIRA KIEVAL
                                        Assistant Federal Public Defender
                                        633 17th Street, Suite 1000
                                        Denver, CO  80202
                                        Telephone:  (303) 294-7002
                                        FAX:  (303) 294-1192
                                        Shira.Kieval@fd.org
                                        Attorney for Defendant