AO 468 (Rev. 04/15) Waiver of a Preliminary Hearing

# UNITED STATES DISTRICT COURT
for the
District of Colorado

| | | |
|---|---|---|
| United States of America | ) | |
| v. | ) | |
| Maria Santos | ) | Case No. 16-mj-01183-STV |
| _Defendant_ | ) | |

## WAIVER OF A PRELIMINARY HEARING

I understand that I have been charged with an offense in a criminal complaint filed in this court, or charged with violating the terms of probation or supervised release in a petition filed in this court. A magistrate judge has informed me of my right to a preliminary hearing under Fed. R. Crim. P. 5.1, or to a preliminary hearing under Fed. R. Crim. P. 32.1.

I agree to waive my right to a preliminary hearing under Fed. R. Crim. P. 5.1 or Fed. R. Crim. P. 32.1.

Date: 1/4/17

_Defendant's signature_

_Signature of defendant's attorney_

Shira Kieval    Cal. 269409
_Printed name and bar number of defendant's attorney_

shira.kieval@fd.org
_Address of defendant's attorney_

633 17th St. Suite 1000
Denver CO 80202
_E-mail address of defendant's attorney_

303 294 7002
_Telephone number of defendant's attorney_

303 294 1192
_FAX number of defendant's attorney_