IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Case No. 17-cr-00010-RBJ

**UNITED STATES OF AMERICA,**

    Plaintiff,

v.

1. **MARIA SANTOS,**
2. **JAVIER FERNANDO TORRES-FLORES,** and
3. **JOSHUA GENE EALY,**

    Defendants.

---

## INDICTMENT

**Counts One, Two, Three, Four, and Five**
**21 U.S.C. § 841(a)(1) and (b)(1)(C)**
**Distribution and Possession with Intent to Distribute Controlled Substances**

**Count Six**
**8 U.S.C. § 1326(a)**
**Illegal Re-entry After Deportation**

---

The Grand Jury charges:

### COUNT ONE

On or about December 1, 2015, in the State and District of Colorado, the defendant, MARIA SANTOS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance. All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT TWO

On or about December 29, 2015, in the State and District of Colorado, the defendant, MARIA SANTOS, did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance.   All in violation of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C).

## COUNT THREE

On or about October 20, 2016, in the State and District of Colorado, the defendants, MARIA SANTOS and JAVIER FERNANDO TORRES-FLORES, did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet the same.   All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FOUR

On or about November 22, 2016, in the State and District of Colorado, the defendants, MARIA SANTOS and JAVIER FERNANDO TORRES-FLORES, did knowingly and intentionally distribute and possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and did aid and abet the same.   All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT FIVE

On or about December 14, 2016, in the State and District of Colorado, the defendants, MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, and JOSHUA GENE EALY, did knowingly and intentionally possess with the intent to distribute a mixture and substance containing a detectable amount of heroin, a Schedule I controlled substance, and a mixture and substance containing a detectable amount of cocaine, a Schedule II controlled substance, and did aid and abet the same.   All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(C), and Title 18, United States Code, Section 2.

## COUNT SIX

On or about December 14, 2016, in the State and District of Colorado, the defendant, JAVIER FERNANDO TORRES-FLORES, an alien, was found in the United States after having been denied admission, excluded, deported, and removed from the United States on or about February 9, 2015, and without the express consent of proper legal authority to reapply for admission to the United States.   All in violation of Title 8, United States Code, Section 1326(a).

## FORFEITURE ALLEGATION

The allegations contained in Counts One through Five of this Indictment are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to the provisions of Title 21, United States Code, section 853.

Upon conviction of the violations alleged in Counts One through Six of this Indictment involving violations of Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C), the defendants, MARIA SANTOS, JAVIER FERNANDO TORRES-FLORES, and JOSHUA GENE EALY, shall forfeit to the United States, pursuant to Title 21, United States Code, Section

853 any and all of the defendants' right, title and interest in all property constituting and derived from any proceeds obtained directly and indirectly as a result of such offense, and in all property used, or intended to be used, in any manner or part, to commit, or to facilitate the commission of such offense.

                                                A TRUE BILL:

                                          <u>Ink signature on file in Clerk's Office</u>
                                          FOREPERSON

ROBERT C. TROYER
Acting United States Attorney

By:  <u>*s/ Beth Gibson*</u>
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1225 17th Street, Suite 700
Denver, Colorado 80202
Telephone: (303) 454-0236
Telecopier: (303) 454-0406
E-mail: beth.gibson@usdoj.gov
Attorney for the United States