DEFENDANT:	MARIA SANTOS

YOB:	1987

ADDRESS (CITY/STATE):  USMS Custody

COMPLAINT FILED?	  X   YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 16-mj-01183-STV
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT?  YES

OFFENSE(S):	Counts 1, 2, 3, 4, and 5: Distribution and Possession with Intent to Distribute Controlled Substances; Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)

LOCATION OF OFFENSE (COUNTY/STATE):    Denver, Colorado

PENALTY:	Counts 1, 2, 3, 4, and 5: NMT 20 years of imprisonment, NLT $1,000,000 and NMT $5,000,000 fine, or both, NLT 3 years of supervised release, $100 special assessment

AGENT:	Thomas Pizzino, Special Agent (DEA)

AUTHORIZED BY:  Beth Gibson
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less	_____ over five days	_____ other

THE GOVERNMENT

  X   will seek detention in this case	_____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:	_____ Yes	  X   No