DEFENDANT: JAVIER FERNANDO TORRES-FLORES

YOB: 1995

ADDRESS (CITY/STATE): USMS Custody

COMPLAINT FILED?   X   YES   ____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 16-mj-01183-STV
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? YES

OFFENSE(S):   Counts 3, 4 and 5: Distribution and Possession with Intent to Distribute Controlled Substances; Title 21, United States Code, Sections 841(a)(1) and (b)(1)(C)

Count 6: Illegal Re-entry After Deportation; Title 8, United States Code, Section 1326(a)

LOCATION OF OFFENSE (COUNTY/STATE):   Denver County, Colorado

PENALTY:   Count 3, 4, and 5: NMT 20 years of imprisonment, NLT $1,000,000 and NMT $5,000,000 fine, or both, NLT 3 years of supervised release, $100 special assessment

Count 6: NMT 2 years of imprisonment, NMT $250,000 fine, or both, NMT 1 year of supervised release, $100 special assessment

AGENT:   Thomas Pizzino, Special Agent (DEA)

AUTHORIZED BY:   Beth Gibson
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less   ____ over five days   ____ other

THE GOVERNMENT

  X   will seek detention in this case   ____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:   ____ Yes   X   No