DEFENDANT: JOSHUA GENE EALY

YOB: 1981

ADDRESS (CITY/STATE): USMS Custody

COMPLAINT FILED?   X   YES  _____ NO

    IF YES, PROVIDE MAGISTRATE CASE NUMBER: 16-mj-01183-STV
    IF NO, PROCEED TO "OFFENSE" SECTION

HAS DEFENDANT BEEN ARRESTED ON COMPLAINT? YES

OFFENSE(S): Count 5: Distribution and Possession with Intent to Distribute Controlled Substances; Title 21, United States Code, Sections 841 (a)(1) and (b)(1)(C)

LOCATION OF OFFENSE (COUNTY/STATE): Denver County, CO

PENALTY: Count 5: NMT 20 years of imprisonment, NLT $1,000,000 and NMT $5,000,000 fine, or both, NLT 3 years of supervised release, $100 special assessment

AGENT: Thomas Pizzino, Special Agent (DEA)

AUTHORIZED BY: Beth Gibson
Assistant U.S. Attorney

ESTIMATED TIME OF TRIAL:

  X   five days or less   _____ over five days   _____ other

THE GOVERNMENT

  X   will seek detention in this case   _____ will not seek detention in this case

The statutory presumption of detention **is** applicable to this defendant.

OCDETF CASE:   _____ Yes    X    No