IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**JUDGE R. BROOKE JACKSON**

| | | |
|---|---|---|
| Civil Action: | 17-cr-00010-RBJ | Date: February 24, 2017 |
| Courtroom Deputy: | Julie Dynes | Court Reporter:  Sarah Mitchell |
| Interpreter: | Susana Cahill | Probation:  N/A |

| *Parties* | *Counsel* |
|---|---|
| UNITED STATES OF AMERICA<br>**Plaintiff** | *Beth N. Gibson* |
| v. | |
| 1. MARIA SANTOS<br>2. JAVIER FERNANDO TORRES-FLORES<br>**Defendant** | *Robert W. Pepin*<br>*Abraham Hutt* |

## COURTROOM MINUTES

**STATUS CONFERENCE**

Court in Session:  1:01 p.m.

Appearance of counsel.

Defendants present in custody.

Interpreter sworn.

Discussion held on status of the case.

**ORDERED:** Oral Motion an Ends of Justice Continuance is GRANTED, 30 days are excluded from the Speedy Trial Act.  Speedy trial is to expire on April 24, 2017.

<u>**STATUS CONFERENCE**</u> is set for March 31, 2017, at 1:30 p.m. before the Honorable Judge R. Brooke Jackson in Courtroom A-902, Ninth Floor, Alfred A. Arraj United States Courthouse, 901 19th Street, Denver, Colorado 80294.

**Defendants are REMANDED to the custody of the U.S. Marshals.**

Court in Recess:  1:12 p.m.          Hearing concluded.          Total time in Court:    00:11