IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00010-RBJ

UNITED STATES OF AMERICA,

       Plaintiff,

v.

**1.**     **MARIA SANTOS**,
2.     JAVIER FERNANDO TORRES-FLORES,
3.     JOSHUA GENE EALY,

       Defendants.

---

NOTICE OF DISPOSITION AND
MOTION REQUESTING CHANGE OF PLEA HEARING

---

      Defendant Maria Santos, by and through undersigned counsel, hereby notifies this Court that a disposition has been reached in her case. Ms. Santos requests that a change of plea hearing be set for the Court to consider the proposed plea agreement.

                                          Respectfully submitted,

                                          VIRGINIA L. GRADY
                                          Federal Public Defender

                                          <u>s/Robert W. Pepin</u>
                                          ROBERT W. PEPIN
                                          Assistant Federal Public Defender
                                          633 17th Street, Suite 1000
                                          Denver, CO  80202
                                          Telephone:  (303) 294-7002
                                          FAX:  (303) 294-1192
                                          robert.pepin@fd.org
                                          Attorney for Defendant

## CERTIFICATE OF SERVICE

I hereby certify that on March 14, 2017, I electronically filed the foregoing *Notice of Disposition* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Beth N. Gibson, Assistant United States Attorney
E-mail: Beth.Gibson@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Maria Santos (via mail)
Register No. 43960-013

s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant