IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   17-cr-00010-RBJ-1

UNITED STATES OF AMERICA,

 Plaintiff,

v.

 1.  MARIA SANTOS,

 Defendant.
_____

**MOTION FOR THE THIRD POINT FOR ACCEPTANCE OF RESPONSIBILITY**
_____

 The United States, by and through undersigned counsel, moves for an additional one-level reduction in the offense level pursuant to USSG § 3E1.1, based on the defendant's timely notice of her intent to plead guilty.

         Respectfully submitted,

         ROBERT C. TROYER
         Acting United States Attorney

         By:   *s/ Beth Gibson*
         BETH GIBSON
         Assistant United States Attorney
         United States Attorney's Office
         1801 California Street, Suite 1600
         Denver, CO 80202
         Telephone: (303) 454-0100
         Fax: (303) 454-0405
         E-mail: Beth.Gibson@usdoj.gov

**CERTIFICATE OF SERVICE**

      I hereby certify that on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert William Pepin    Robert_Pepin@fd.org, COX_ECF@fd.org

      *s/Beth Gibson*
      BETH GIBSON
      Assistant United States Attorney
      United States Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      Telephone: (303) 454-0100
      Fax: (303) 454-0405
      E-mail: Beth.Gibson@usdoj.gov