IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Criminal Action No.   17-cr-00010-RBJ-1

UNITED STATES OF AMERICA,

    Plaintiff,

v.

1.   MARIA SANTOS,

    Defendant.
_____

**MOTION TO DISMISS COUNTS**
_____

The United States, by and through undersigned counsel, moves to dismiss counts one, two, four, and five of the indictment as to this defendant.   The defendant has pleaded guilty to count three of the Indictment.   This motion is consistent with the terms of the plea agreement.

        Respectfully submitted,

        ROBERT C. TROYER
        Acting United States Attorney

        By:   *s/ Beth Gibson*
        BETH GIBSON
        Assistant United States Attorney
        United States Attorney's Office
        1801 California Street, Suite 1600
        Denver, CO 80202
        Telephone: (303) 454-0100
        Fax: (303) 454-0405
        E-mail: Beth.Gibson@usdoj.gov

## CERTIFICATE OF SERVICE

I hereby certify that on June 1, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to Robert William Pepin    Robert_Pepin@fd.org, COX_ECF@fd.org

*s/Beth Gibson*
BETH GIBSON
Assistant United States Attorney
United States Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Beth.Gibson@usdoj.gov