IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

CASE NO. 17-cr-00010-RBJ

UNITED STATES OF AMERICA,

        Plaintiff,

v.

**1.**    **MARIA SANTOS**,
2.    JAVIER FERNANDO TORRES-FLORES,
3.    JOSHUA GENE EALY,

        Defendants.

## RESPONSE TO PRESENTENCE INVESTIGATION REPORT (PSIR)

    Maria Santos, having reviewed her Presentence Investigation Report (PSIR) with her attorney, Assistant Federal Public Defender Robert W. Pepin, responds with the following clarifications, corrections, and comments.

    1.    Ms. Santos does not disagree with the calculations found in the PSIR and made pursuant to the United States Sentencing Guidelines Manual.

    2.    Ms. Santos' counsel has the following disagreements with information presented in the **Additional Information** section of the PSIR. Those disagreements include:

        A.    The amount of drugs listed Paragraph #9 should have been 28 grams, not 74 grams. On the streets, $1,100 buys approximately one ounce (28 grams) of heroin.

   B. The amount of drugs listed in Paragraph 12 should have been 56 grams, not 100.3 grams. On the streets, $2,400 buys approximately 2 ounces (56 grams) of heroin.

   C. Similarly, the drug weights described in Paragraph 13 should have been less.

   D. Ms. Santos still has a hard time believing that any drugs were found in the garage at her house as related in Paragraph 14.

 3. In the **Personal and Family Data** section of the PSIR, Paragraph 45, it is reported that Ms. Santos has had little contact with her biological father. Since the PSIR interview she has reached out to him and they have been communicating. There is a possibility that, once she has completed her anticipated prison sentence, she will move to Fort Lupton where he lives in order to remove herself from the life she was living before her arrest. There are too many Hondurans in Denver who know where she lived with her mother and she feels that it would be best for her to live and work in a smaller community, near her father, in order to get back on her feet and moving in the right direction.

 4. Ms. Santos' weight is reported in Paragraph 58 as 216 pounds at the time of the PSIR interview. She has lost another 6 pounds for a total of approximately 40 pounds lost since her arrest.

 5. Ms. Santos will be asking the Court to sentence her to credit for time served via a separate motion and orally at her sentencing hearing.

Respectfully submitted,

VIRGINIA L. GRADY
Federal Public Defender


s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant


## CERTIFICATE OF SERVICE

I hereby certify that on June 7, 2017, I electronically filed the foregoing *Response to Presentence Investigation Report (PSIR)* with the Clerk of Court using the CM/ECF system which will send notification of such filing to the following e-mail addresses:

Beth N. Gibson, Assistant United States Attorney
E-mail:  Beth.Gibson@usdoj.gov

and I hereby certify that I have mailed or served the document or paper to the following non CM/ECF participant in the manner (mail, hand-delivery, etc.) indicated by the non-participant's name:

Maria Santos (via mail)
Register No. 43960-013

s/Robert W. Pepin
ROBERT W. PEPIN
Assistant Federal Public Defender
633 17th Street, Suite 1000
Denver, CO  80202
Telephone:  (303) 294-7002
FAX:  (303) 294-1192
robert.pepin@fd.org
Attorney for Defendant