**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Criminal Action No. 1:17-cr-00010-RBJ-1

UNITED STATES OF AMERICA,

Plaintiff,

v.

1. MARIA SANTOS,

Defendant.
_____

**GOVERNMENT'S SENTECING POSITION**
_____

The United States of America (the government), by and through Beth Gibson, Assistant United States Attorney for the District of Colorado, requests a sentence of 15 months followed by three years of supervised release.

A sentence of 15 months is the low end of the advisory guideline range. The defendant has one adult felony conviction. She was convicted for possession of a controlled substance. When first sentenced in that case, she received probation. She violated probation. She left Colorado and entered Honduras in violation of law. She was then resentenced to two years of probation with 60 days of jail. The sentence and time on probation did not deter the defendant from further crime.

The requested sentence of 15-months would be more than seven times higher than the 60-day sentence she previously served. Fifteen months without liberty will leave more of an impression than two months. A year and three months in prison will be the first meaningful period of incarceration she has served. While serving 15 months, the defendant will have a fuller opportunity to contemplate her future choices.

She must understand how deadly heroin can be and its destructive effect on her customers.   Her history suggests addiction and failure to make contructive decisions or plan for a productive future.   The defendant's statement to the United States Probation Office suggests she many now understand the need to remove herself from the community of heroin dealers.

The government also requests three years of supervised release to provide added deterrence and to further protect the public.   Heroin is deadly.   The defendant was selling a drug that is killing people, destroying families, and tearing the fabric of communities.   If she spreads heroin again while on supervised release, the government will seek the maximum period of incarceration allowed by statute.   The requested sentence affords the defendant an opportunity to succeed and also provides the public with added security if she fails.

Respectfully submitted on June 20, 2017.

          ROBERT C. TROYER
          Acting United States Attorney

By:   s/Beth Gibson
      BETH GIBSON
      Assistant United States Attorney
      U.S. Attorney's Office
      1801 California Street, Suite 1600
      Denver, CO 80202
      Telephone: 303-454-0200
      Fax:   303-454-0405
      E-mail:   Beth.Gibson@usdoj.gov
      Attorney for Government

## **CERTIFICATE OF SERVICE**

I hereby certify that on June 20, 2017, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

Abraham V. Hutt        abe@abehutt.com, leni@abehutt.com

John F. Sullivan , III      jfslaw1@aol.com

Robert William Pepin       Robert_Pepin@fd.org, COX_ECF@fd.org

Shira Deborah Kieval      shira_kieval@fd.org, clarita.costigan@fd.org, COX_ECF@fd.org

*s/Beth Gibson*
BETH GIBSON
Assistant United States Attorney
U.S. Attorney's Office
1801 California Street, Suite 1600
Denver, CO 80202
Telephone: (303) 454-0100
Fax: (303) 454-0405
E-mail: Beth.Gibson@usdoj.gov