17CR10-1

*Inez A. Peña*
*4874 Vallejo St.*
*Denver, CO  80221*
gutierrez_inez@yahoo.com
720-621-9404

June 12, 2017

Hon. R. Brooke Jackson
Alfred A. Arraj United States Courthouse
AP38/Courtroom A902
901 19th Street
Denver, CO  80294-3589

**RE:  Maria Luisa Santos**

My name is Inez A. Peña, I am currently employed by a non-profit organization as a bookkeeper.  I am the mother of Maria Luisa Santos.

Maria has several siblings, although she grew up with only one as a child.  I raised Maria Luisa and her brother, Oscar, as a single parent later adopting another child Alex.  Raising two children as a single mother was not a walk in the park.  I often found myself away from my children longs hours, either because I was working two jobs or going to school.   I did not want to raise my children on the system and did not want to rely on family.  I separated from husband as he was a drug and alcoholic user and was very abusive.    We were living in Fort Collins until I decided that there was too much bad interference and influences on my children so we moved to Denver where I had to continue working two jobs as I did not receive child support.   I made sure that Maria did not drop out of school, it was a struggle but she did receive her High School diploma in 2005 from Arvada West.  She moved to Pueblo shortly after graduating and attended cosmetology school.  Maria moved back to Denver and was doing well; she had a full time job and her own apartment.  I believe Maria went astray when she met a boy from Honduras, Mario.  I did not like him; mother's intuition told me that he was no good for her.  One day she up and left to California to be with him.  Left her job and apartment for her brother and I to take care.  I know that he was physically abusive to her, although she never shared it with me.  I believe that he was incarcerated and Maria returned to Denver.  Again one day she up and left, I knew nothing not even where she was going or gone to.  She repeated what she had done before left to be with Mario this time leaving the country without my knowledge.  She did not inform me about her whereabouts until she was in Honduras.   She stayed there a year; living God knows where, with no money or a permanent place to stay and knew no one, as Mario left her to fend for herself.  I finally convinced her to go to the American Consult.  I was contacted by the consul and made arrangements to bring her home.

I believe that Maria was looking for love, affection, and acceptance in Mario.  This coming from my absences at home, working long hours to provide my children with their basic needs.  Unfortunately it was a balancing act that failed.  As I stated earlier I raised Maria as a single parent, her father was not involved at all.

I know it is very cliché to say, but my daughter got involved with the wrong people and picked up some nasty habits along the way.  Maria Luisa is a very kind and gentle person, who literally has taken the shirt off her back to give to someone in need.  Not having Maria around for the time she has been incarcerated has taken a toll on the

whole family.  I depended on Maria quite a bit, as she drove her little sister to school or picked her up if I had to work late.  She often took her on outings just to give me time to energize.  She babysat when Alex did not have school.  I could rely on Maria for other tasks and errands, cooking dinner, grocery shopping etc.

Maria totally grasps and regrets her actions and has accepted the consequences.  We discuss daily what needs to happen once she is released.  She has set goals and laid out a plan for her future.   She knows that it will not happen overnight, as she has to comply with the stipulations of her release.

I take this time to plead with you to be lenient in the amount of time she will be incarcerated and to assure you that she will have my support to continue the next phase in her life.

Sincerely,

Inez A. Peña